# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TEXTRON FINANCIAL CORPORATION,**
a Delaware Corporation,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-1210-Orl-28DAB

**WAYNE R. LONGSTREET, d/b/a
LONGSTREET RVS, also d/b/a
LONGSTREET RV'S, and also d/b/a
LONGSTREET RV SALES,**

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 39) filed December 4, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 7, 2010 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment (Doc. No. 39) is **GRANTED in part** and **DENIED in part**.

3. Default judgment is hereby entered in favor of Plaintiff and against Defendant Wayne R. Longstreet in the total amount of $70,536.94.

4. The Clerk of the Court is directed to enter judgment in accordance with the terms set forth above and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __2*8*__ day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party